### CODY *vs.* THE STATE OF GEORGIA.

1. The gist of the offense defined by section 4600 of the Code, is the sale of property after mortgage, without the consent of the mortgagee, and with intent to defraud him.  The sale is the consummation of the crime, and fixes the venue, under the constitution.

(*a*.) The proof of the venue was doubtful in this case, but may be sufficient.

2. A laborer cultivated land under a contract that he should have one-half of the net profits, after paying for supplies advanced by the landlord and certain expenses, it being agreed that these should be paid before the laborer could claim anything.  Cotton was gathered

69   743
Case 2
118   276

and delivered to the landlord, who sold it and credited the supply account of the laborer with one-half the proceeds, they not being sufficient to pay that debt. Previous to the sale, the laborer had given a mortgage on "all his part of the crop of cotton and corn raised by him on the Martin place." He was indicted under section 4600 of the Code :

*Held,* that he had no power to make a valid mortgage on anything except his half of the net crop; and, therefore, he sold nothing which he could have mortgaged. 46 *Ga.*, 583.

(*a.*) There was no sufficient evidence of any fraudulent intent in this case.

(*b.*) The statement in the mortgage that the mortgagor was to have one-half of the entire crop, may be a false representation, but cannot affect the case made by the present indictment.

December 19, 1882.

JACKSON, Chief Justice.

[Cited, for plaintiff in error: Code 1873, §4686 ; 48 *Ga.*, 43 ; 56 *Ib.*, 36 ; 57 *Ib.*, 367 ; 42 *Ib.*, 226 ; 48 *Ib.*, 425 ; 52 *Ib.*, 567 ; 53 *Ib.*, 160 ; 54 *Ib.*, 29 ; 46 *Ib.*, 583.]